# Court of Appeals
# of the State of Georgia

ATLANTA,  March 07, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1302.  OSSIE SMITH v. DAVID HOWELL.**

This case began as a dispossessory proceeding in magistrate court.  After the magistrate court issued a writ of possession in favor of David Howell, Ossie Smith appealed to the superior court.  The superior court entered a writ of possession in favor of Howell and awarded judgment in favor of Smith on a counterclaim for damages.  Smith then filed a direct appeal to the Supreme Court, which transferred the appeal here.  See Case No. S18A0581 (transferred Jan. 16, 2018).  We lack jurisdction.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal."  *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (1).  Because Smith did not follow the proper procedure for requesting appellate review in this case, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  03/07/2018*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*